## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**PHILLIP JOHN ROBERSON, JR.**　　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　　　**NO. 20-2488**

**SHERIFF JERRY LARPENTER,**　　　　　　　　　**SECTION "D"(4)**
**MAJOR STEPHEN BERGERON**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that Phillip John Roberson, Jr.'s 42 U.S.C. § 1983 claims against defendants Sheriff Jerry Larpenter and Major Stephen Bergeron are dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(b), and otherwise for failure to prosecute and otherwise as frivolous and/or for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915e(2), § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 12th day of _____ July _____, 2021.

_____
**UNITED STATES DISTRICT JUDGE**